AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Dweysean Y COX<br>*Defendant(s)* | )<br>)<br>) Case No. 2:17-mj-300<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __05/26/2017__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

JAMES BAJUS   SPECIAL AGENT
Printed name and title

Sworn to before me and signed in my presence.

Date: May 30, 2017

_____
*Judge's signature*

City and state:   Columbus OH            US Magistrate Judge Kimberly Jolson
                                          Printed name and title

**PROBABLE CAUSE AFFIDAVIT**
**Dweysean Y COX**

I, James Bajus, being duly sworn, depose and state that:

1. I have been a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since June 2007. Your affiant is a graduate of the ATF National Academy Special Agent Basic Training and Federal Law Enforcement Training Center Criminal Investigator Training Program. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws.

2. On or about November 8th, 2012, Dweysean Y. COX (hereinafter COX) plead guilty to one count of carrying a concealed weapon and weapons under disability, crimes punishable by more than one year in prison (criminal Case Number 12CR000724) in the Franklin County, Ohio Court of Common Pleas.

3. On May 24th, 2017 at approximately 7:00 p.m. CPD Officers were checking the lot of Lounge 13 at 1320 Beechwood Rd. Officers have made weapons and narcotics arrests on the lot in the past. They have responded to shootings, fights, and homicide calls at Lounge 13 and on the surrounding parking lot.

4. Officers observed a parked silver Toyota with dark tint. Officers could see one occupant in the driver's seat. Officers parked in a manner that did not block the Toyota from leaving.

5. Upon approach Officers made contact with the driver later identified as Dweysean COX. Officers observed COX manipulating a piece of plastic in the center console around the gear shift. Officers believed that COX had hidden a weapon or narcotics. Officers asked COX what he had placed in that area. Cox replied "I thought I still had my weed".

6. For safety Officers removed COX from the vehicle. Officers checked the area that COX had been observed stuffing an object. Officers found the plastic around the gear shift was loose. After moving the piece of plastic Officers located a loaded Taurus Millennium PT140PRO 40. Cal handgun serial # SCN02044.

7. Officers recovered the firearm and arrested COX. COX made several statements without being prompted by Officers. COX stated that if he could have just got the plastic piece back into place he would have been good. COX stated that he knew he had that "shit" and could have just taken off. COX then described the way he would flee from Officers. COX stated to Officers that they caught him red handed.

8. It was determined that the aforementioned firearm seized from COX on or about May 24, 2017 was NOT manufactured in the State of Ohio and therefore travelled in interstate commerce to reach the State of Ohio.

9. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

**PROBABLE CAUSE AFFIDAVIT**
**Dweysean Y COX**

10. Based on this information, your affiant believes probable cause exists that COX possessed a firearm after having been convicted of a crime punishable by more than one-year incarceration, in violation of 18 U.S.C. 922(g)(1).

_____
ATF SA James Bajus

Sworn to and subscribed before me this day of May 30th, 2017, at _____ Columbus, Ohio.

_____
**U.S. MAGISTRATE JUDGE**